```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                          Case No. 17-01670-HWV
Paul V. Harter                                                  Chapter 13
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0314-1         User: CGambini               Page 1 of 1         Date Rcvd: Jun 13, 2017
                             Form ID: ntcnfhrg            Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2017.
```
db            +Paul V. Harter,    338 Harvest Field Lane,    York, PA 17403-4859
4912408        American Express,    PO Box 360001,    Fort Lauderdale, FL 33336-0001
4912409      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank of America Mortgage,     4161 Piedmont PKWY,
                Greensboro, NC 27410)
4912410       +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
4912411        Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
4912416       +PA Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
4912417       +Santander,   PO Box 961245,    Fort Worth, TX 76161-0244
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4912412         E-mail/Text: mrdiscen@discover.com Jun 13 2017 19:14:30      Discover,   PO Box 71084,
                 Charlotte, NC 28272-1084
4914037         E-mail/Text: mrdiscen@discover.com Jun 13 2017 19:14:30      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
4916203        +E-mail/Text: dplbk@discover.com Jun 13 2017 19:15:51      Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
4912413        +E-mail/Text: cio.bncmail@irs.gov Jun 13 2017 19:15:09      IRS,   600 Arch Street,
                 Philadelphia, PA 19106-1611
4912414        +E-mail/Text: bk@lendingclub.com Jun 13 2017 19:15:54      Lending Club,   71 Stevenson Street,
                 Ste 300,    San Francisco, CA 94105-2985
4912415        +E-mail/Text: unger@members1st.org Jun 13 2017 19:16:00      Members First,   500 Louise Drive,
                 PO Box 40,    Mechanicsburg, PA 17055-0040
4913414         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2017 19:15:28
                 Pennsylvania Department of Revenue,     Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Thomas William Fleckenstein    on behalf of Debtor Paul V. Harter FleckensteinLaw@yahoo.com,
               TFleck84@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Paul V. Harter
Debtor(s)

Chapter 13

Case No. 1:17−bk−01670−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**July 12, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 26, 2017 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 13, 2017 |