

**Employer OnDemand Employee Self Service**

Pay Info | My Profile | Logout

Print Preview

## Pay Check Detail for Check Date: 6/30/2017

Choose a check date...

| | |
|---|---|
| Employee ID: | 00000059 |
| Name: | Paul Harter |
| Address: | 338 Harvest Field Lane |
| | York, PA 17403 |

| | |
|---|---|
| Company Name: | Gravity Diagnostics, LLC |
| Company Address: | 632 Russell Street |
| | Covington, KY 41011 |

| | |
|---|---|
| Pay Frequency: | Monthly |
| Period Start: | 6/1/2017 |
| Period End: | 6/30/2017 |
| Pay Date: | 6/30/2017 |

| | |
|---|---|
| SSN: | XXX-XX-XXXX |
| Federal Filing: | Single - 3 |
| State Filing: | - 0 |
| Check Number: | E00401 |

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | | 0.00 | $681.81 | $681.81 |
| Totals: | | | $681.81 | $681.81 |

| Taxes | | Current | Year To Date |
|---|---|---|---|
| FICA | | $42.27 | $42.27 |
| Medicare | | $9.89 | $9.89 |
| PA State | | $20.93 | $20.93 |
| | Totals: | $73.09 | $73.09 |

| Reimbursements | | Current | Year To Date |
|---|---|---|---|
| Reimburse | | $125.00 | $125.00 |
| | Totals: | $125.00 | $125.00 |

| Payment Methods | | Current | Account/Check No. |
|---|---|---|---|
| Direct Deposit | | $733.72 | XXXXXXXXXX9225 |
| | Total: | $733.72 | |

© 2009 - 2017 Apex Software Technologies, Inc. All Rights Reserved. Using this site means you accept these terms.



**Employer OnDemand** — Employee Self Service

Pay Info | My Profile | Logout

## Pay Check Detail for Check Date: 7/31/2017

Choose a check date...    Print Preview

| | |
|---|---|
| Employee ID: | 00000059 |
| Name: | Paul Harter |
| Address: | 338 Harvest Field Lane |
| | York, PA 17403 |

| | |
|---|---|
| Company Name: | Gravity Diagnostics, LLC |
| Company Address: | 632 Russell Street |
| | Covington, KY 41011 |

| | |
|---|---|
| Pay Frequency: | Monthly |
| Period Start: | 7/1/2017 |
| Period End: | 7/30/2017 |
| Pay Date: | 7/31/2017 |

| | |
|---|---|
| SSN: | XXX-XX-XXXX |
| Federal Filing: | Single - 3 |
| State Filing: | - 0 |
| Check Number: | E00011 |

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | | 0.00 | $0.00 | $681.81 |
| Regular Hours | | 0.00 | $3,000.00 | $3,000.00 |
| Car Allowance | | 0.00 | $500.00 | $500.00 |
| Totals: | | | $3,500.00 | $4,181.81 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal | $305.52 | $305.52 |
| FICA | $217.00 | $259.27 |
| Medicare | $50.75 | $60.64 |
| PA State | $107.45 | $128.38 |
| Totals: | $680.72 | $753.81 |

| Reimbursements | Current | Year To Date |
|---|---|---|
| Reimburse | $0.00 | $125.00 |
| Totals: | $0.00 | $125.00 |

| Payment Methods | Current | Account/Check No. |
|---|---|---|
| Direct Deposit | $2,819.28 | XXXXXXXXXX9225 |
| Total: | $2,819.28 | |



# Employer OnDemand
## Employee Self Service

Pay Info | My Profile | Logout

## Pay Check Detail for Check Date: 8/15/2017

Choose a check date...

Print Preview

| | |
|---|---|
| Employee ID: | 00000059 |
| Name: | Paul Harter |
| Address: | 338 Harvest Field Lane |
| | York, PA 17403 |

| | |
|---|---|
| Company Name: | Gravity Diagnostics, LLC |
| Company Address: | 632 Russell Street |
| | Covington, KY 41011 |

| | |
|---|---|
| Pay Frequency: | Semi-Monthly |
| Period Start: | 7/26/2017 |
| Period End: | 8/10/2017 |
| Pay Date: | 8/15/2017 |

| | |
|---|---|
| SSN: | XXX-XX-XXXX |
| Federal Filing: | Single - 3 |
| State Filing: | - 0 |
| Check Number: | E00077 |

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | | 0.00 | $0.00 | $681.81 |
| Regular Hours | | 0.00 | $1,500.00 | $1,500.00 |
| Regular Hours | | 0.00 | $0.00 | $3,000.00 |
| Car Allowance | | 0.00 | $0.00 | $500.00 |
| Totals: | | | $1,500.00 | $5,681.81 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal | $115.26 | $420.78 |
| FICA | $93.00 | $352.27 |
| Medicare | $21.75 | $82.39 |
| PA State | $46.05 | $174.43 |
| Totals: | $276.06 | $1,029.87 |

| Reimbursements | Current | Year To Date |
|---|---|---|
| Reimburse | $0.00 | $125.00 |
| Totals: | $0.00 | $125.00 |

| Payment Methods | Current | Account/Check No. |
|---|---|---|
| Direct Deposit | $1,223.94 | XXXXXXXXXX9225 |
| Total: | $1,223.94 | |

© 2009 - 2017 Apex Software Technologies, Inc. All Rights Reserved. Using this site means you accept these terms.



## Pay Check Detail for Check Date: 8/31/2017

Choose a check date...

Print Preview

**Employee ID:** 00000059
**Name:** Paul Harter
**Address:** 338 Harvest Field Lane
York, PA 17403

**Company Name:** Gravity Diagnostics, LLC
**Company Address:** 632 Russell Street
Covington, KY 41011

**Pay Frequency:** Semi-Monthly
**Period Start:** 8/11/2017
**Period End:** 8/26/2017
**Pay Date:** 8/31/2017

**SSN:** XXX-XX-XXXX
**Federal Filing:** Single - 3
**State Filing:** - 0
**Check Number:** E00130

| Earnings | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | | 0.00 | $0.00 | $681.81 |
| Regular Hours | | 0.00 | $1,500.00 | $3,000.00 |
| Regular Hours | | 0.00 | $0.00 | $3,000.00 |
| Car Allowance | | 0.00 | $500.00 | $1,000.00 |
| Totals: | | | $2,000.00 | $7,681.81 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal | $118.25 | $539.03 |
| FICA | $94.24 | $446.51 |
| Medicare | $22.04 | $104.43 |
| PA State | $46.66 | $221.09 |
| Totals: | $281.19 | $1,311.06 |

| Deductions | Match | YTD Match | Current | Year To Date |
|---|---|---|---|---|
| Med 125 | $0.00 | $0.00 | $480.05 | $480.05 |
| Totals: | $0.00 | $0.00 | $480.05 | $480.05 |

| Reimbursements | Current | Year To Date |
|---|---|---|
| Reimburse | $135.77 | $260.77 |
| Totals: | $135.77 | $260.77 |

| Payment Methods | Current | Account/Check No. |
|---|---|---|
| Direct Deposit | $1,374.53 | XXXXXXXXXX9225 |