IN RE:

| | | | |
|---|---|---|---|
| Paul V. Harter | | : | |
| | **Debtors** | : | |
| | | : | **Case No.: 17-01670- HWV** |
| **Bank of America, N.A.** | | : | **Chapter 13** |
| | **Movant** | : | |
| v. | | : | |
| Paul V. Harter | | : | **Motion for Relief from Stay** |
| | **Debtors** | : | |

## ANSWER TO A MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW** comes the Debtor, by his Attorney **Thomas W. Fleckenstein** and files the within Answer to the Motion for Relief from the Automatic Stay:

1.-5.   **ADMITTED.**

6-13.   **DENIED.** Strict proof of this allegation is demanded at time of trial.

**WHEREFORE,** the Debtor herein, respectfully prays that this Honorable Court deny the Motion for Relief from the Automatic Stay.

**RESPECTFULLY SUBMITTED:**

DATE: November 1, 2017

/s/ Thomas W. Fleckenstein
Thomas W. Fleckenstein, ESQUIRE
Attorney I.D. No. 307390
1338 Malleable Road
Columbia, PA 17512
(717) 333-4053