UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Paul V. Harter                                              : CASE NO.: 1: 17-01670
             Debtor(s)                       :
                                               : CHAPTER 13
Paul V. Harter                                              :
             Movant                          :
             VS.                             :
Bank of America                                             :
4161 Piedmont Parkway                                       :
Greensboro, NC 27410                                        :
             Respondent                      :

## AMENDED STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014

AND NOW comes the Debtor(s), by his Attorney, **Thomas W. Fleckenstein** and files the within Statement of Disinterestedness:

1. The Debtor, Paul V. Harter, is the owner of a certain piece or parcel of real estate known and numbered as 338 Harvest Field Lane, York, PA 17403

2. The Debtor proposes to sell the Property to **Charles and Mary Russell** for the sum of $154,900.00 (ONE HUNDRED FIFTY-FOUR THOUSAND NINE HUNDRED DOLLARS AND NO CENTS). A copy of the sales agreement is attached hereto, labeled Exhibit "A", and incorporated herein by reference. The purchase price herein is highest and best price and represents the fair market value of this property.

3. The Debtor seeks to employ Ronald Fimiani. Ronald Fimiani is a Broker for Keystone Assist to Sell Reality. Their fee is 4.9% of the gross sale. It was necessary for the Debtor to obtain a realtor to receive the highest and best price for the sale of his home. Ronald Fimiani listed and showed the Debtor's home to the public in order to obtain the best offer available.

4. Ronald Fimiani is not a creditor, an equity security holder or an insider of the Debtor, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the office of the United States trustee

5. Ronald Fimiani neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the office of the United States trustee

DATE: March 26, 2018

                                                        Ronald Fimiani

DATE: March 26, 2018

                                                        Thomas W. Fleckenstein, ESQUIRE
                                                        Attorney I.D. No. 307390
                                                        1338 Malleable Road
                                                        Columbia, PA 17512
                                                        (717) 333-4053