UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Paul V. Harter    :    Chapter 13
                            :
            Debtors    :    Case No. 17-01670

## CHANGE OF ADDRESS:

Listed below is the new address for Paul Harter.

212 Circle Drive
Mount Pleasant, PA 15666