UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Paul V. Harter         :    Chapter 13
                              :
    Debtors             :    Case No. 17-01670

## CHANGE OF ADDRESS:

Listed below is the new address for Paul Harter.

814 Loucks Ave.
Scottsdale, PA 17036