Certificate Number: 00301-PAM-DE-033753692

Bankruptcy Case Number: 17-01670


00301-PAM-DE-033753692

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 26, 2019</u>, at <u>1:35</u> o'clock <u>PM EST</u>, <u>PAUL V HARTER</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 26, 2019</u>    By: <u>/s/Sonia Cortez</u>

Name: <u>Sonia Cortez</u>

Title: <u>Certified Bankruptcy Counselor</u>